**Order entered May 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00539-CV

### IN RE TEN HAGEN EXCAVATING, INC., Relator

### Original Proceeding from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-11-00454-A

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition for writ of mandamus, if any, by May 15, 2014. Relator's motion for emergency stay remains pending before the Court.

/s/     ROBERT M. FILLMORE
         JUSTICE